**KRIS J. KRAUS**
California Bar No. 233699
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Kris_Kraus@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JENNIFER VASQUEZ,<br><br>    Defendant.<br>_____ | Case No. 08MJ8496<br><br><br><br>**NOTICE OF ATTORNEY APPEARANCE** |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Kris J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

                                       Respectfully submitted,

Dated: June 6, 2008                    /s/ Kris J. Kraus
                                          **KRIS J. KRAUS**
                                          Federal Defenders of San Diego, Inc.
                                          Attorneys for Defendant
                                          Kris_Kraus@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

and

**William R Burgener**
Law Offices of William R Burgener
1775 Hancock Street
Suite 285
San Diego, CA 92110-2931
(619)291-8565
Fax: (619)543-0824
Email: william_burgener@yahoo.com

DATED: June 6, 2008            */s/ Kris J. Kraus*
                               **KRIS J. KRAUS**
                               Federal Defenders of San Diego, Inc.
                               Kris_Kraus@fd.org