# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 08mj8496 |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
|  | ) | Booking No. 06388298 |
| Jennifer Vasquez | ) |  |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __6/17/08__ the Court entered the following order:

- [✓] Defendant be released from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- [✓] Defendant released on $ __10,000 p/s__ bond posted.
- [ ] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
- [ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.
- [ ] c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court: _____ dismissing appeal filed.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [ ] Case Dismissed.
- [ ] Defendant to be released to Pretrial Services for electronic monitoring.
- [ ] Other. _____

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by J. Flores, Deputy Clerk

Received _____
DUSM

Crim-9   (Rev 6-95)          ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY