

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2193-DMS |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana; |
| IRMA AISPURO (1), ) JENNIFER VASQUEZ (2), ) | Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |
| Defendants. ) | |

The United States Attorney charges:

On or about June 1, 2008, within the Southern District of California, defendants IRMA AISPURO and JENNIFER VASQUEZ, did knowingly and intentionally import approximately 18.32 kilograms (40.30 pounds) of marijuana, Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: July 1, 2008.

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:rp:Imperial
7/1/08