| | |
|---|---|
| 1 | KAREN P. HEWITT <br> United States Attorney |
| 2 | DOMINIC E. KARDUM <br> Assistant U.S. Attorney |
| 3 | California State Bar No. 229420 <br> Federal Office Building |
| 4 | 880 Front Street, Room 6293 <br> San Diego, California 92101-8893 |
| 5 | (619) 557-7848 (Telephone) / (619) 557-5551 (Fax) <br> Email: dominic.kardum@usdoj.gov |
| 6 | |
| 7 | Attorneys for Plaintiff <br> United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.   08-CR-2193-DMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| IRMA AISPURO (1), | ) | |
| JENNIFER VASQUEZ (2) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case.

1.   None..

//

//

1 | Effective this date, the following attorneys are no longer associated with this case and should
2 | not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.
3 | Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

4 |     1.    None.

5 | Please feel free to call me if you have any questions about this notice.

6 | DATED: July 30, 2008.

7 |                       KAREN P. HEWITT
                      United States Attorney

                      s/Dominic E. Kardum
                      DOMINIC E. KARDUM
                      Assistant U.S. Attorney

Notice of Appearance                                      08-CR-2193-DMS
United States v. Irma Aispuro (1) and Jennifer Vasquez (2)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>IRMA AISPURO (1),<br>JENNIFER VASQUEZ (2)<br><br>                Defendant. | Criminal Case No.  08-CR-2193-DMS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

      I, Dominic Kardum, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

      I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated June 25, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. William R. Burgener, Attorney for Irma Aispuro (1)
   Law Offices of William R. Burgener
   1775 Hancock Street, Suite #285
   San Diego, CA 92110-2931
   william_burgener@yahoo.com

2. Kristin Joseph Kraus, Attorney for Jennifer Vasquez (2)
   Federal Defenders of San Diego
   225 Broadway, Suite 900
   San Diego, CA 92101-5008
   Kris_Kraus@fd.org

      I declare under penalty of perjury that the foregoing is true and correct.

      EXECUTED on July 30, 2008.

                                                        s/Dominic E. Kardum
                                                        DOMINIC E. KARDUM
                                                        Assistant U.S. Attorney

Notice of Appearance                                                                  08-CR-2193-DMS
United States v. Irma Aispuro (1) and Jennifer Vasquez (2)