# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JENNIFER VASQUEZ (2),<br><br>　　　　　　　　Defendant. | CASE NO. 08CR2193-DMS<br><br>**JUDGMENT OF DISMISSAL**<br>(Rule 48, F.R.Crim.P.) |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

__X__   the Court has granted the motion of the Government for dismissal; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s) of:   21 USC 952, 960 and 18 USC 2  .

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: August 21, 2008

　　　　　　　　　　　　　　　　　　　　　　　　DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE